THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JIMMY BOWEN, Defendant-Appellant.

(Nos. 56593, 57748 cons.;

First District (1st Division)—October 1, 1973.

PER CURIAM.
HALLETT, J., took no part.

Ellis Rosenzweig, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.